# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>**MATTHEW TIMOTHY,**<br><br>　　　　　　Defendant. | 4:23CR3059<br><br>**ORDER** |

　　　　The defendant filed a Motion to Suppress and Request for Hearing (Filing No. 42). Subsequently, the government filed an unopposed motion for extension of time to file response (Filing No. 47). Upon the showing set forth in the motion and good cause shown, the undersigned grants the government's motion as no prejudice will arise if the government's response deadline is extended. (Filing No. 47). Accordingly,

　　**IT IS ORDERED:**

1. On or before June 26, 2024, the government shall file its brief in opposition to the defendant's motion.

2. On or before July 2, 2024, the parties shall meet and confer to resolve any issues not requiring an evidentiary hearing, agree upon any factual stipulations to be presented to the court, and discuss proposed exhibits and witnesses.

3. On or before July 9, 2024, the parties shall deliver to the undersigned's chambers via email to deluca@ned.uscourts.gov or hand delivery their proposed witness list(s), exhibit list(s), and copies of all exhibits.

4. A telephone status conference to discuss prehearing matters and the scheduling of an evidentiary hearing will be held before the undersigned magistrate judge on **July 16, 2024, at 9:30 a.m.** Conferencing instructions will be provided under a separate order.

Dated this 11th day of June, 2024.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Jacqueline M. DeLuca*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge