IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

            Plaintiff,

    vs.

MATTHEW TIMOTHY,

            Defendant.

Case No. 4:23CR3059

ORDER

Before the Court is the request for transcript of hearing held on November 29, 2023

IT IS ORDERED:

1. The request for transcript, filing [185] is granted.

2. Matthew Timothy, is advised that the cost of the transcript is $112.20. To proceed with this request, payment should be sent to the Clerk of Court. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $112.20, a refund check will be issued.

3. Upon receipt of the payment, the Clerk of Court is ordered to prepare a transcript of the hearing held on 11/29/2023. A copy of this order should also be mailed to Matthew Timothy.

DATED: June 29, 2026

BY THE COURT:

s/ Susan M. Bazis
United States District Judge