IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW TIMOTHY<br><br>Defendant. | 4:23CR3059<br><br>Order |

Before the Court is the Request for Transcript of Hearing Held on November 29, 2023 (Filing No. 23).

IT IS ORDERED:

1. Shirley Timothy, submitted a deposit with the Clerk of Court in the amount of $112.20 on behalf of Matthew Timothy. The actual cost of the transcript is $71.40.

2. The Clerk of Court is ordered to refund Shirley Timothy, $40.80.

Dated: October 7, 2026

BY THE COURT:

s/ Susan M. Bazis
United States District Judge